# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. CHAVEZ, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-cv-00250-AWI-GBC (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(Doc. 15) |

**I.	Procedural History**

Plaintiff George K. Colbert ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On January 18, 2011, Plaintiff filed a motion for injunctive relief to provide emergency medical treatment to prevent Plaintiff from becoming paralyzed. (Doc. 14). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On August 1, 2011, filed a Findings and Recommendations herein which was served on Plaintiff which contained notice that any objections to the Findings and Recommendations were to be filed within thirty days. (Doc. 15). As to date Plaintiff has not filed any objections.

**II.	Conclusion and Order**

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion for injunctive relief, filed

1 | January 18, 2011, is DENIED. (Doc. 14)
2 | IT IS SO ORDERED.
3 |
4 | Dated:   September 29, 2011                                    _____
      CHIEF UNITED STATES DISTRICT JUDGE