# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. CHAVEZ, et al.,<br><br>　　　　　Defendants. | Case No.  1:10-cv-00250-AWI-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION, DENYING DEFENDANTS' MOTION TO REVOKE PLAINTIFF'S IN FORMA PAUPERIS STATUS AND REFERRING MATTER BACK TO MAGISTRATE JUDGE FOR FURTHER PROCEEDINGS<br><br>(ECF No. 32) |

　　　　Plaintiff George K. Colbert is a state prisoner appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On January 27, 2014, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that Objections to the Findings and Recommendations were to be filed within thirty days.  No Objections were filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

///

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed on January 27, 2014, is adopted in full; and

2. Defendants' motion to revoke Plaintiff's in forma pauperis status is DENIED; and

3. The matter is referred back to the Magistrate Judge for further proceedings.

IT IS SO ORDERED.

Dated:  March 25, 2014

SENIOR DISTRICT JUDGE