UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>P. CHAVEZ, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00250-AWI-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' REQUEST TO MODIFY THE SCHEDULING ORDER AND EXTENDING DISPOSITIVE MOTION DEADLINE<br><br>[ECF No. 46] |

   Plaintiff George K. Colbert is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

   On February 11, 2015, Defendants filed a request to modify the scheduling order and extend the dispositive motion deadline currently set to expire on March 5, 2015.

   Good cause having been presented to the Court, IT IS HEREBY ORDERED that the dispositive motion deadline is extended from March 5, 2015, to **May 4, 2015**.

IT IS SO ORDERED.

Dated:   **February 18, 2015**

UNITED STATES MAGISTRATE JUDGE

1