UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. CHAVEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00250-DAD-SAB (PC)<br><br>ORDER REQUIRING DEFENDANTS TO LODGE COPY OF PLAINTIFF'S DEPOSITION WITHIN FIVE DAYS |

　　　On May 4, 2015, Defendants filed a motion for summary judgment and attached portions of Plaintiff's deposition without lodging a copy of the deposition.  (ECF No. 64-1.)  Local Rule 133(j) requires a party filing a motion which relies on a deposition is required to lodge a hard copy of the entire deposition with the court.  Accordingly, IT IS HEREBY ORDERED that Defendants shall lodge a hard copy of Plaintiff's deposition within five (5) days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**January 13, 2016**

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1