# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. CHAVEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:10-cv-00250-DAD-SAB (PC)<br><br>ADDENDUM TO SECOND SCHEDULING ORDER CLARIFYING CLAIMS FOR RELIEF<br><br>[ECF No. 81] |

　　　　Plaintiff George K. Colbert is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On May 10, 2016, the Court issued a second scheduling order setting this case for jury trial on November 29, 2016, before the District Judge Dale A. Drozd.  (ECF No. 81.)  In that order, the Court inadvertently omitted that this action is proceeding against: (1) Defendants Chavez, Lindsey, Flores, Emard, Ramirez for excessive force in violation of the Eighth Amendment; (2) Defendant Farnworth for failure to protect; and (3) Defendants Chavez, Lindsey, Emard, Flores, and Ramirez for retaliation in violation of the First Amendment.

IT IS SO ORDERED.

Dated: __August 3, 2016__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1