1
2
3
4
5
6
7
8
9          **UNITED STATES DISTRICT COURT**
10         **EASTERN DISTRICT OF CALIFORNIA**
11

12  GEORGE K. COLBERT,                          Case No.: 1:10-cv-00250-DAD-SAB (PC)
13                 Plaintiff,
14         v.                                   ORDER SETTING FURTHER SETTLEMENT
                                                CONFERENCE
15  P. CHAVEZ, et al.,
16                 Defendants.
17

18         Plaintiff George K. Colbert is a state prisoner appearing pro se and in forma pauperis in

19  this civil rights action pursuant to 42 U.S.C. § 1983.  The court determined that this case would

20  benefit from a settlement conference and referred the case to Magistrate Judge Michael J. Seng to

21  conduct a settlement conference at California State Prison, Corcoran, on June 24, 2016.  (ECF

22  No. 87.)  The case did not settle.  (ECF No. 93.)  The court will set a further telephonic settlement

23  conference for September 16, 2016 at 10:00 a.m. before Magistrate Judge Michael J. Seng.

24         In accordance with the above, IT IS HEREBY ORDERED that:

25         1.  This case is set for a further settlement conference, by teleconference, before

26             Magistrate Judge Michael J. Seng on September 16, 2016 at 10:00 a.m.  To access the

27             teleconference line, each party is directed to dial (888) 204-5984 and enter access code

28             4446176.

1

2      2.  The Clerk of the Court is directed to serve a copy of this order on the Litigation

3          Coordinator at California State Prison, Corcoran, via facsimile at (559) 992-7372.

4

5  IT IS SO ORDERED.

6  Dated:   **August 19, 2016**

7                               UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28