**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>P. CHAVEZ, et al.,<br><br>    Defendants. | Case No.: 1:10-cv-00250-DAD-SAB (PC)<br><br>AMENDED ORDER SUBSTITUTING ATTORNEY OVIDIO OVIEDO FOR DEFENDANT CHARLOTTE MILLER FARNSWORTH ONLY AND REINSTATING COUNSEL CAITLIN NOBLE AS TO ALL OTHER DEFENDANTS<br><br>[ECF No. 96] |

    Plaintiff George K. Colbert is appearing pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

    On September 26, 2016, the Court approved the substitution of counsel Ovidio Oviedo for Charlotte Farnsworth (formerly Miller), and inadvertently terminated counsel Caitlin Noble as counsel of record.  It is HEREBY ORDERED that counsel Ovidio Oviedo is substituted as counsel of record for Defendant Charlotte Farnsworth only, and counsel Caitlin Noble is reinstated as counsel of record for all other Defendants.

IT IS SO ORDERED.

Dated: __September 28, 2016__

                                          UNITED STATES MAGISTRATE JUDGE