UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE K. COLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>P. CHAVEZ, et al.,<br><br>　　　　　Defendants. | No.  1:10-cv-00250-DAD-SAB (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 103) |

　　　　Plaintiff George K. Colbert is appearing *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On October 11, 2016, the parties filed a stipulation to dismiss this action with prejudice. (Doc. No. 103.)  Pursuant to the parties' stipulation, the instant action has been dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own litigation costs and attorney's fees.  Accordingly, the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

　　Dated:　**October 31, 2016**　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28